Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Juan Hernandez-Sanchez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Juan Hernandez-Sanchez, | Case No. 2:26-cv-01072-CDS-BNW |
| Petitioner | **Order Granting Unopposed Motion for Extension of Time to File Amended Petition** |
| v. | |
| John Mattos, *et al.*, | **(First Request)** |
| Respondents | [ECF No. 6] |

Petitioner Juan Hernandez-Sanchez requests that this Court extend the deadline for filing his amended petition for a writ of habeas corpus by six days, until May 6, 2026. This is his first request for an extension of this deadline.

Undersigned counsel entered her appearance on behalf of Petitioner on April 23, 2026, ECF No. 5, and met with Mr. Hernandez-Sanchez on April 27, 2026. Additional time is necessary to permit counsel to adequately brief the issues presented in Mr. Hernandez-Sanchez's case.

On April 30, 2026, Petitioner's counsel conferred with Ashlee Hesman, counsel for Respondent John Mattos, and Tamer B. Botros, counsel for the government, regarding this request. Ms. Hesman and Mr. Botros have no objection.

Accordingly, Mr. Hernandez-Sanchez respectfully requests that the Court extend the deadline for filing an amended petition from April 30, 2026, to May 6, 2026.

This request is made in good faith and not for the purpose of delay.

Dated April 30, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Bethany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  May 1, 2026

2