TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Juan Hernandez-Sanchez,<br><br>Petitioner<br><br>v.<br><br>John Mattos, *et al.*,<br><br>Respondents | Case No. 2:26-cv-01072-CDS-BNW<br><br>**Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 10)**<br><br>**(First Request)**<br>[ECF No. 14] |

Petitioner Juan Hernandez-Sanchez ("Petitioner") and Federal Respondents Ruben Leyva, Todd Lyons, Markwayne Mullin and Todd Blanche ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 10, extending the deadline from June 12, 2026, to June 18, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed, indicating that she will oppose any further extension requests. This is the first request for an extension.

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from June 12, 2026, to June 18, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 12th day of June 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Bathany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org
*Attorney for Petitioner Juan Hernandez-Sanchez*

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   June 15, 2026

2